THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 27, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Kurt Paskewic,   Case No. 14-28611-GMH

Debtor.   Chapter 7

**ORDER DISMISSING CASE**

The debtor filed this case on July 7, 2014. On October 20, creditor Steven Priessman filed a motion to dismiss alleging that granting relief would be an abuse of the provisions of chapter 7 pursuant to 11 U.S.C. §707(b). CM-ECF, Doc. No. 10. The court set an evidentiary hearing on the matter.

At a March 16, 2015, status hearing on Steven Priessman's motion to dismiss, the court ordered the debtor to file a letter indicating how he would proceed on the motion to dismiss on or before April 7. CM-ECF, Doc. No. 37. The debtor failed to file a letter by April 7, so the court issued an order on April 9 requiring the debtor to show cause in writing why his case should not be dismissed for failure to comply the March 16 order. CM-ECF, Doc. No. 39. The order explained that if the debtor failed to tender a written showing of cause by April 19, his case would be dismissed. *Id.*

The debtor did not tender a written showing of cause by April 19.

Therefore, pursuant to the court's order dated April 9, 2015, IT IS ORDERED that this case is DISMISSED.

#####